# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| SANDRA PASCHAL,<br><br>        Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant, | Case No. 1:24-cv-00191<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, SANDRA PASCHAL ("Plaintiff"), and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

                              RESPECTFULLY SUBMITTED,

Dated: June 2, 2025         By:   */s/ Mark A. Carey*
                                  Mark A. Carey
                                  Law Offices of Mark A. Carey
                                  500 Roswell Road, Building C
                                  Sandy Springs, GA 30342
                                  Tel: (716) 853-9243
                                  Email: markcareylaw@ymail.com

                                  Attorneys for Plaintiff,
                                  SANDRA PASCHAL

## **CERTIFICATE OF SERVICE**

I certify that on June 2, 2025, I served Plaintiff SANDRA PASCHAL's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey
500 Roswell Road, Building C
Sandy Springs, GA 30342
Tel: (716) 853-9243
Email: markcareylaw@ymail.com

Attorneys for Plaintiff,
SANDRA PASCHAL