## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| SANDRA PASCHAL, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:24-CV-191 (LAG) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : |
| Defendant. | : |

## ORDER

The Parties have advised the Court that they have settled this case. (Doc. 9). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case as the Parties finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 4th day of June, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**